EAO

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED
JUL 2 7 2017
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Case No. 5:17-CR-236-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL INFORMATION |
| v. ) | Fed. R. Crim. P. 7 |
| ) | |
| TU THANH TRAN ) | |

The United States Attorney charges that:

**SOLE COUNT**
**Conducting an Illegal Gambling Business**
**18 U.S.C. § 1955**

From in or around January 2015 through on or about December 3, 2015, in the Eastern District of North Carolina and elsewhere, the defendant, TU THANH TRAN, aiding and abetting others, did knowingly conduct, finance, manage, supervise, and direct all or part of a gambling business, to wit, a gambling business involving video gambling devices, which gambling business was a violation of the laws of the State of North Carolina, to wit, N.C. Gen. Stat. § 14-306.4 (sweepstakes through entertaining display), § 14-306.1A (video gaming machines), and § 14-292 (gambling), and which involved five or more persons who conducted, financed, managed, supervised, directed, and owned all or part of said illegal gambling business, and which remained in substantially continuous operation for a period in excess of thirty days, in violation of Title 18, United States Code, Sections 1955 and 2.

## FORFEITURE NOTICE

Upon conviction of the offense alleged in this Criminal Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), as made applicable by Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the above violations, that is, the conducting, managing, supervising, and directing of such business. In addition, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1955(d), as made applicable by Title 28, United States Code, Section 2461(c), any property, including money, used in violation of this Criminal Information.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other

property of said defendants up to the value of the forfeitable property described above.

JOHN STUART BRUCE
United States Attorney

BY: *[signature]*

ETHAN A. ONTJES
Assistant United States Attorney
Criminal Division

3