UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-236-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | |
| TU TRANH TRAN, ) | |
| _____) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry 17 be sealed.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Order to the United States Attorney's Office and Counsel for the Defendant.

This the **15th** day of **November**, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge